IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE GRONE GREENE, III                              PLAINTIFF

v.                      No. 2:20-cv-73-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                         DEFENDANT

## ORDER

     Unopposed recommendation, *Doc. 22*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court will dismiss Greene's complaint with prejudice and affirm the Commissioner's decision.

     So Ordered.

                                      _/s/ D.P. Marshall Jr._
                                      D.P. Marshall Jr.
                                      United States District Judge

                                      31 August 2021