IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE GRONE GREENE, III                                                   PLAINTIFF

v.                              No. 2:20-cv-73-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                            DEFENDANT

## JUDGMENT

Greene's complaint is dismissed with prejudice. The Commissioner's decision is affirmed.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2021